IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-353-1BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| EBONY MARIE JUDD | ) | |

This matter is before the Court on Defendant's letter requesting that the Court reduce her sentence by one year. Defendant has filed previous, similar requests with the Court, and the Court had declined to reduce Defendant's sentence. *See* [DE 52; 58; 63]. For the same reason that Defendant's request has been denied in the past, namely, that Defendant has failed to articulate any legal basis for a reduction in her sentence, Defendant's request filed by letter received March 23, 2012 [DE 76] is DENIED.

SO ORDERED, this _19_ day of April, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE